In the Matter of KAY AMER, Appellant, v JOSEPH PREVITE et al., Constituting the Board of Elections of the City of New York, et al., Respondents.—Order and judgment (one paper), Supreme Court, Bronx County, entered March 22, 1976, unanimously affirmed, without costs and without disbursements. The challenge to the report of the Referee below as made to Justice Helman cannot be sustained. Section 405 of the Election Law is not self-executing and cancellation under this statute is not automatic. The Board of Elections is required to follow a certain procedure as specified by subdivisions 2 through 7, inclusive, of section 405, in order to cancel the registration of a voter thereunder. Petitioner, carrying the burden of proof, has failed to make an adequate showing that in the 80 instances here involved, the registration of such voters actually had been cancelled at the time said voters' signatures were obtained (Matter of Celler v Larkin, 71 Misc 2d 17). The finding by the Referee that the signatures were obtained lawfully is supported by the credible evidence. Concur—Markewich, J. P., Murphy, Lupiano, Birns and Capozzoli, JJ.

ROBERT J. REID, Appellant-Respondent, et al., Petitioner, v RICHARD O'CONNELL, Respondent-Appellant, and JOSEPH J. PREVITE, et al., Individually and Constituting the Board of Elections of the City of New York, Respondents.—Order, Supreme Court, Bronx County, entered March 16, 1976, denying validation of petitioner's designating petition, unanimously affirmed, without costs and without disbursements. The misstatement by the subscribing witness Stromberg of the prior address from which she voted in the prior general election voids the sheet on which the misstatement occurs (Matter of Maurin v Allis, 28 AD2d 810, affd 20 NY2d 671). As to the appeal based upon the question of the proper date being included in the petition, we find that the court was correct in its determination. Concur—Markewich, J. P., Murphy, Lupiano, Birns and Capozzoli, JJ.

## (March 25, 1976)

In the Matter of MICHAEL J. SANTANGELO, Appellant, v THE PEOPLE OF THE STATE OF NEW YORK, Respondent.—On remand from the Court of Appeals, appeal from order, Supreme Court, New York County, entered on July 24, 1975, unanimously dismissed. Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli and Nunez, JJ.